# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

APRIL M. GOUEDY
#2308                                                                PLAINTIFF

v.                          No. 3:17-cv-258-DPM

RUSS LATIMER, Administrator,
Clay County Jail, DAVID COPELIN,
Judge, Clay County, TERRY MILLER,
Sheriff, Clay County                                                 DEFENDANTS

## ORDER

Gouedy's complaint alleges that she was held for weeks without a probable cause hearing. № 2. The only relief she requests is release by way of a time-served sentence. The Court therefore directs the Clerk to reclassify this case as a *habeas* case and refer it to the appropriate Magistrate Judge for further proceedings.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2017