# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

APRIL M. GOUEDY                                                    PETITIONER

v.                          No. 3:17-cv-258-DPM

RUSS LATIMER, Administrator,
Clay County Jail; DAVID COPELIN,
Judge, Clay County; and TERRY MILLER,
Sheriff, Clay County                                               RESPONDENTS

## ORDER

Mail sent to Gouedy early in this case was returned undelivered. № 14. But later filings—including the 28 November 2017 recommendation—were mailed to her updated address and haven't been returned. The unopposed recommendation, № 13, is adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gouedy's petition will be dismissed without prejudice. Her motion for leave to proceed *in forma pauperis*, № 11, is denied as moot. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 December 2017